## CONTINENTAL CASUALTY COMPANY

v.

## Charles E. "Charley" MARTIN.

Court of Appeals of Kentucky.

Oct. 7, 1960.

J. Marshall McCann, Lexington, for appellant.

Beverly White, Winchester, for appellee.

PER CURIAM.

On motion for an appeal under KRS 21.080, involving the construction of an insurance contract, the motion for an appeal is overruled and the judgment is affirmed.